David B. CARR, Plaintiff–Appellant,

v.

**BLUE CROSS AND BLUE SHIELD OF SOUTH CAROLINA,**
Defendant–Appellee,

and

**Richard P. Horne; Dick Horne Insurance Agency,**
**Defendants.**

No. 01–1168.

United States Court of Appeals, Fourth Circuit.

Submitted July 26, 2001.

Decided July 31, 2001.

David B. Carr, pro se.

John H. Tiller, Haynsworth, Sinkler, Boyd, P.A., Charleston, SC, for appellee.

Before WILKINS, LUTTIG, and TRAXLER, Circuit Judges.

PER CURIAM.

David B. Carr seeks to appeal the district court's order denying his motion for reconsideration of the court's order remanding Carr's civil action to the state court. Remand orders are generally not reviewable on appeal. *See* 28 U.S.C. § 1447(d) (1994). Accordingly, we dismiss the appeal. We dispense with oral argument, because the facts and legal contentions are adequately presented in the ma-

terials before the court and argument would not aid the decisional process.

*DISMISSED.*